ATTORNEY GRIEVANCE COMMISSION   \*   IN THE
OF MARYLAND           COURT OF APPEALS

    Petitioner,       \*   OF MARYLAND

             \*

v.            Misc. Docket AG

            \*   No. <u>88</u>

CHARLES JEROME WARE     September Term, 2018

             \*

    Respondent.       \*

             \*

### ORDER

UPON CONSIDERATION of the Joint Petition of the Attorney Grievance Commission and Respondent, Charles Jerome Ware, to place Respondent on Inactive Status by Consent pursuant to Maryland Rules 19-736(c), it is this <u>5th</u> day of <u>June</u>, 2018;

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Charles Jerome Ware, is hereby placed on Inactive Status by consent; and it is further,

ORDERED, that the Clerk of this Court shall remove the name of Charles Jerome Ware from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

              /s/ Clayton Greene Jr.
              Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk